### 69549. SMITH v. ROSS et al.
(340 SE2d 671)

BANKE, Chief Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, *Smith v. Ross*, 255 Ga. 193 (336 SE2d 39) (1985), our decision in *Ross v. Smith*, 173 Ga. App. 384 (326 SE2d 527) (1985), is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Pope and Benham, JJ., concur.*

DECIDED JANUARY 8, 1986.

*Lee R. Grogan, Jr., Lynn L. Grogan,* for appellant.
*Carlton Henson, Kenneth M. Henson, Jr.,* for appellees.